USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/26/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAM SWARTZ,

                Plaintiff,

-against-

JONIS-181 WAVERLY PLACE, LLC and VAN LEEUWEN ICE CREAM, LLC,

                Defendants.

23-CV-08062 (MMG)

**NOTICE OF REASSIGNMENT**

MARGARET M. GARNETT, United States District Judge:

    This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment, including Judge Torres' Order dated February 14, 2024, directing Plaintiff to respond to Defendant Van Leeuwen's letter motion by **February 28, 2024**. All counsel must familiarize themselves with the Court's Individual Rules & Practices, which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

Dated: February 26, 2024
       New York, New York

                              SO ORDERED.

                              MARGARET M. GARNETT
                              United States District Judge